United States District Court
Southern District of Texas
**ENTERED**
April 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-147 |
| | § | |
| CONCEPCION M. LUNA | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On February 25, 2020, the United States Magistrate Judge filed a Report and Recommendation (Doc. 13) recommending that Plaintiff United States of America's Motion for Default Judgment (Doc. 11) be granted. No party filed objections to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that Plaintiff United States of America's Motion for Default Judgment (Doc. 11) is **GRANTED**.

The Court will enter a Final Default Judgment in accordance with this Order.

SIGNED this 15th day of April, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge